THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANE M. NELSON,

                    Plaintiff,

          v.

MICHAEL J. ASTRUE, Commissioner of
Social Security

                    Defendant.

CASE NO. C12-1482-JCC

ORDER DISMISSING CASE
WITHOUT PREJUDICE

    This matter comes before the Court on the Report and Recommendation of the Honorable
James P. Donohue, United States Magistrate Judge (Dkt. No. 12), to which no objections have
been made. Having thoroughly considered Plaintiff's complaint, Plaintiff's notice of voluntary
dismissal, the Report and Recommendation, and the balance of the record, the Court hereby
ORDERS:

    (1) The Court adopts the Report and Recommendation.

    (2) Plaintiff's motion for voluntary dismissal (Dkt. No. 11) is GRANTED, and this case
is DISMISSED without prejudice.

    (3) The Clerk of the Court is directed to send copies of this order to Plaintiff's counsel,
and to Judge Donohue.

//

1     DATED this 5th day of November 2012.

2

3

4

5

6

7

8                            John C. Coughenour
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING CASE WITHOUT
PREJUDICE
PAGE - 2