THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANE M. NELSON,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>            Defendant. | CASE NO. C12-1482-JCC<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 12), to which no objections have been made. Having thoroughly considered Plaintiff's complaint, Plaintiff's notice of voluntary dismissal, the Report and Recommendation, and the balance of the record, the Court hereby ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for voluntary dismissal (Dkt. No. 11) is GRANTED, and this case is DISMISSED without prejudice.

(3) The Clerk of the Court is directed to send copies of this order to Plaintiff's counsel, and to Judge Donohue.

//

1     DATED this 5th day of November 2012.

                                                                       John C. Coughenour
                                                               UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE WITHOUT
PREJUDICE
PAGE - 2